CHIEF JUSTICE SAYLOR,
dissenting
I respectfully dissent from the grant of this Petition for Review, as the majority offers no indication that it has applied the standard governing review of the Commonwealth Court’s discretionary decision to deny certification of a non-final order for interlocutory appeal by permission. Upon application of that controlling standard—which requires an assessment of whether such denial was so egregious as to justify prerogative appellate correction, see Pa.R.A.P. 1311, Note—I find nothing egregious in the Commonwealth Court’s denial. Indeed, to the degree that the refusal to certify could be considered egregious, I believe it would be salutary for this Court to provide some guiding explanation pertaining to the irregularity, so that courts of original jurisdiction may prospectively conform to this Court’s expectations.
Justice Mundy joins this dissenting statement.